IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
JUL -9 2012

| | | |
|---|---|---|
| UNITED AIR LINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:12cv143 (GBL/JFA) |
| v. | ) | |
| | ) | |
| UNITEDAIR.COM, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

THIS MATTER is before the Court on Plaintiff United Air Lines, Inc.'s Motion for Default Judgment. Dkt. No. 17. On June 11, 2012, United States Magistrate Judge John F. Anderson issued a Report and Recommendation ("Report"). Dkt. No. 23. The Magistrate Judge recommends an entry of default judgment in favor of United Air Lines, Inc. on its claim under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). The Magistrate Judge further recommends that no costs or attorney's fees be awarded. The parties were advised that any objections to the Report had to be filed within fourteen (14) days after being served with a copy of the Report and that failure to file timely objections waived appellate review of any judgment based on the Report. As of July 9, 2012, neither party filed objections to the Report. Upon an independent review of the record, the Court adopts the findings of fact and the recommendation of the Magistrate Judge. According, it is hereby

ORDERED that judgment is entered in favor of United Air Lines, Inc. on its claim under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). The Court declines to award any costs or attorney's fees. It is further

ORDERED that the registry VeriSign, Inc. transfer the registration for <unitedair.com> domain name to Network Solutions, LLC and that Network Solutions, LLC register the <unitedair.com> domain name in the name of United Air Line, Inc.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 9th day of July, 2012.

Alexandria, Virginia
7/9/12

/s/
Gerald Bruce Lee
United States District Judge